Commonwealth ex rel. Burbage, Appellant, v. Myers.

Submitted March 21, 1966. *Clarence Burbage*, appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker*, Assistant District Attorneys, and *Richard S. Lowe*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Butler, Appellant, v. Cavell.

Submitted March 21, 1966. *Fred Butler*, appellant, in propria persona; *Martin A. Heckscher* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Clouthier, Appellant, v. Maroney.

Submitted March 21, 1966. *John J. Clouthier*, appellant, in propria persona; *Nathaniel P. D'Amico* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.